FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> AMANDA BROWN, <br> Defendant. | Case No.: 17-1485M <br><br> ORDER OF DETENTION <br> [18 U.S.C. §§ 3148(b), 3143(a)] |

On June 12, 2017, Defendant AMANDA BROWN made her initial appearance following her arrest on a bench warrant issued by the United States District Court for the Western District of Wisconsin on June 12, 2017 for alleged violations of the terms and conditions of pretrial release.

The Court has reviewed the files and records in this matter and conducted a detention hearing pursuant to 18 U.S.C. §§ 3148(b) and 3143(a).

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to

the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release as alleged in the petition for action on conditions of pretrial release and warrant for arrest issued by the United States District Court for the Western District of Wisconsin.

The Court finds that the conduct defendant is alleged to have engaged in constitute a change in circumstances which justifies reconsideration of the decision to allow her to remain on bail pending future court appearances. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: June 16, 2017

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE